UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGINE V. ELKINS,

          Petitioner,

    v.

JAMES KEY,

          Respondent.

CASE NO. C16-5956 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 2. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's application to proceed in forma pauperis (Dkt. 1) is **DENIED**;

(3)    Petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within thirty (30) days of the date of this Order.

Dated this 4th day of January, 2017.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge