UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGINE V. ELKINS,<br><br>                Petitioner,<br><br>    v.<br><br>JAMES KEY,<br><br>                Respondent. | CASE NO. C16-5956BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus (Dkt. 4) is **DENIED** and **DISMISSED with prejudice**;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 17th day of May, 2017.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER